UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ, and JULIO C. FLOREZ, husband and wife and HERNANDO AMAYA GIL, a single man all as joint tenants,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, F.S.B., NORTHWEST TRUSTEE SERVICES, INC., and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,<br><br>Defendants. | Case No.<br><br>CERTIFICATE OF FILING OF REMOVAL IN STATE COURT |

I hereby certify the following: I am counsel for Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc., and on December 13, 2011, I deposited with the King County Superior Court of Washington, the court from which this action was removed, a copy of the Notice of Filing of Notice of Removal, with the Notice of Removal attached thereto as Exhibit A.

///

///

///

///

Certificate of Filing - 1
DWT 18637146v1 0092420-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  DATED this 13th day of December, 2011.

2
                              DAVIS WRIGHT TREMAINE LLP
3                             Attorneys for OneWest Bank, FSB and
                              Mortgage Electronic Registration Systems, Inc.
4

5                             By /s/Fred B. Burnside
                                 Fred B. Burnside, WSBA #32491
6                                1201 Third Avenue, Suite 2200
                                 Seattle, Washington 98101-3045
7                                Telephone: (206) 757-8016
                                 Fax: (206) 757-7016
8                                E-mail: fredburnside@dwt.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Certificate of Filing - 2
DWT 18637146v1 0092420-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States of America that on this 13th day of December 2011, I caused the foregoing document to be served via legal messenger on the following parties of record:

Charles M. Greenberg
Tried Law Group
209 Dayton Street, Suite 105
Edmonds, WA 98020

**Attorney for Plaintiffs**

Heidi E. Buck
Lance E. Olsen
Routh Crabtree Olsen, P.S.
13555 S.E. 36th Street, Suite 300
Bellevue, WA 98006

**Attorneys for Defendant Northwest Trustee Services, Inc.**

Dated this 13th day of December 2011 at Seattle, Washington.

/s/Fred B. Burnside
Fred B. Burnside

Certificate of Filing - 3
DWT 18637146v1 0092420-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700