UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ, and JULIO C. FLOREZ, husband and wife and HERNANDO AMAYA GIL, a single man all as joint tenants,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONEWEST BANK, F.S.B., NORTHWEST TRUSTEE SERVICES, INC., and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case No. 11-2-36324-4<br><br>CORPORATE DISCLOSURE STATEMENT OF ONEWEST BANK, FSB, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

Pursuant to Fed. R. Civ. P. 7.1, Defendant OneWest Bank, FSB ("OneWest") makes this Corporate Disclosure Statement. OneWest is a federally-chartered savings bank owned by OneWest Bank Group, LLC, a privately-owned limited liability corporation. No publicly owned corporation holds 10% or more of the interests in OneWest Bank Group, LLC.

Mortgage Electronic Registration Systems, Inc. ("MERS") is a wholly-owned subsidiary of MERSCORP, Inc. a private Delaware corporation. No publicly-owned corporation holds 10% or more of the interests in MERSCORP, Inc.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    DATED this 13th day of December, 2011.

2                                    DAVIS WRIGHT TREMAINE LLP
                                     Attorneys for OneWest Bank, FSB
3
4                                    By /s/Fred B. Burnside
                                        Fred B. Burnside, WSBA #32491
5                                       1201 Third Avenue, Suite 2200
                                        Seattle, Washington 98101-3045
6                                       Telephone: (206) 757-8016
                                        Fax: (206) 757-7016
7                                       E-mail: fredburnside@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the state of Washington and the United States of America that on this 13th day of December 2011, I caused the foregoing document to be served via legal messenger on the following parties of record:

Charles M. Greenberg
Tried Law Group
209 Dayton Street, Suite 105
Edmonds, WA  98020

**Attorney for Plaintiffs**

Heidi E. Buck
Lance E. Olsen
Routh Crabtree Olsen, P.S.
13555 S.E. 36th Street, Suite 300
Bellevue, WA  98006

**Attorneys for Defendant Northwest Trustee Services, Inc.**

Dated this 13th day of December 2011 at Seattle, Washington.

/s/Fred B. Burnside
Fred B. Burnside

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700