## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
OFFICE OF THE CLERK

WILLIAM M. MCCOOL
CLERK

700 STEWART ST.
SUITE 2310
SEATTLE, WA 98101

December 14, 2011

FLOREZ ET AL V. ONEWEST BANK, F.S.B. ET AL
United States District Court Case No.:  2:11−cv−02088−JCC
Superior/District Court Case No.:   11−2−36324−4−KNT

Dear Counsel or Pro Se Party:

The above entitled action was removed to the United States District Court from the Superior/District Court on December 13, 2011. This case has been assigned to the Honorable John C Coughenour.

Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by jury in Federal Court.

You are also advised that Local Civil Rule 101(b) states that each petitioner for removal under Chapter 89 of Title 28, U.S.C., shall, within fourteen days of filing his notice of removal, file with the clerk of this court copies of all additional records and proceedings in the state court, together with verification of counsel that they are true and complete copies of all the records and proceedings in the state court proceeding. The copies need not be allowed as a cost item under 28 U.S.C. § 1920(4) unless certification is required after an opposing party challenges the accuracy of the copies. Records and proceedings in the state court, filed with the notice of removal, need not be refiled.

Pursuant to Local Civil Rule 101(c), if a motion is pending and undecided in the state court at the time of removal, it will not be considered unless and until the moving party notes the motion on this court's calendar in accordance with Local Civil Rule 7(d).

Thank you for your cooperation.

Sincerely,

William M. McCool, Clerk

By: s/ Rachel Evans
       Deputy Clerk