UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDIA M FLOREZ, et al.,

    Plaintiff(s),

v.

ONEWEST BANK FSB, et al.,

    Defendant(s).

CASE NO. 2:11−cv−02088−JCC

MINUTE ENTRY

MINUTE ENTRY re: STATUS CONFERENCE.

The attorney who will be responsible for trying the case shall attend the conference and be fully prepared to discuss the following matters at the conference: **1.** The nature of the case; **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc.; **3.** The status of discovery and a time schedule for its completion; **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule; **5.** An estimate of the number of days needed for trial; **6.** Whether the case is jury or non−jury; **7.** The date by which the case will be ready for trial; **8.** Settlement probabilities; and **9 .** Whether the parties consent to proceed to trial before an assigned magistrate judge pursuant to 28 U.S.C. 636(c). If counsel's office is outside of the Greater Metropolitan Seattle area, arrangements may be made to participate telephonical ly in the conference by contacting the Courtroom Deputy Clerk at (206) 370−8805 no less than ONE WEEK prior to the proceeding. COUNSEL FOR THE PLAINTIFF (OR DEFENDANT, IF THE CASE WAS REMOVED FROM STATE COURT) IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED STATUS CONFERENCE. The Court hereby orders that a Status Conference be set on TUESDAY, APRIL 3, 2012 at 9:00 AM in Courtroom 16206 before United States District Judge John C. Coughenour. (PP)

DATED December 15, 2011

                                        /s/ Paul Pierson
                                      Deputy Clerk for
                                      Judge John C Coughenour