The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CLAUDIA M. FLOREZ and JULIO C. FLOREZ, husband and wife; and HERNANDO AMAYA GIL, a single man; all as joint tenants,

Plaintiffs,

v.

ONEWEST BANK, F.S.B.; NORTHWEST TRUSTEE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

Defendants.

No. 11-02088-JCC

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Northwest Trustee Services, Inc. hereby declares:

Defendant Northwest Trustee Services, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED this 15th day of December, 2011.

**ROUTH CRABTREE OLSEN, P.S.**

/s/ Heidi E. Buck
Heidi E. Buck, WSBA #41769
Lance E. Olsen, WSBA #25130
Of Attorneys for Defendant Northwest Trustee Services, Inc.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. - PAGE 1 OF 2
CASE NO. 2:11-cv-02088-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on December 15, 2011, I caused a copy of the **Corporate Disclosure Statement of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| Charles M. Greenberg<br>Triad Law Group<br>209 Dayton Street, Suite 105<br>Edmonds, WA  98020<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Fred B. Burnside<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 15th day of December, 2011.

    /s/  Kristine Stephan
Kristine Stephan, Paralegal

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC. - PAGE 2 OF 2
CASE NO. 2:11-cv-02088-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131