UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ, and JULIO C. FLOREZ, husband and wife and HERNANDO AMAYA GIL, a single man all as joint tenants<br><br>Plaintiff,<br><br>v.<br><br>ONEWEST BANK, F.S.B., Northwest Trustee Services, Inc., and Mortgage Electronic Registration Systems. Inc.,<br><br>Defendant. | NO. 2:11-cv-02088-JCC<br><br>JURY DEMAND |

TO: THE CLERK OF THE COURT:

AND TO: ONE WEST BANK:

Plaintiffs Florez and Gill requests a jury trial for all issues so triable.

DATED this 16th day of December, 2011.

**TRIAD LAW GROUP**

____s/Charles Greenberg_____
Charles M. Greenberg, WSBA 17661
Attorney for Plaintiff Moore
Triad Law Group
209 Dayton Street, Suite 105
Edmonds, WA 98020
Tel: 425-774-0138
Fax: 425-672-7867
Email: cmg@triadlawgroup.com

**JURY DEMAND** - 1

**TRIAD LAW GROUP**
209 Dayton Street, Suite 105
Edmonds, WA  98020
Telephone: (425) 774-0138
Fax: (425) 672-7867