The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ, and JULIO C. FLOREZ, husband and wife; and HERNANDO AMAYA GIL, a single man all as joint tenants,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, F.S.B., NORTHWEST TRUSTEE SERVICES, INC., and MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,<br><br>Defendants. | No. C11-02088 JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS ONEWEST BANK, F.S.B., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.'S MOTION TO DISMISS<br><br>**Noted on Motion Calendar: February 10, 2012** |

THIS MATTER came before the Court on Defendants OneWest Bank F.S.B., and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the papers submitted in support of and opposition to this motion, finds that the motion should be granted.

//

//

//

//

//

ORDER GRANTING DEFS.' MOT. TO DISMISS (C11-02088 JCC) — 1
DWT 18864150v1 0092420-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Now, therefore, it is hereby ORDERED that Defendants' Motion to Dismiss is
2  GRANTED, without leave to amend.

3

4  DATED this _____ day of _____, 2012.

5

6  _____
   JOHN C. COUGHENOUR
7  United States District Judge

8  Presented by:

9

10 DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Attorneys for Defendants*
11 *OneWest Bank F.S.B. and Mortgage Electronic*
   *Registration Systems Inc.*
12

13

14 By:  *s/ Fred Burnside*
       Fred Burnside, WSBA #32491
15     1201 Third Avenue, Suite 2200
       Seattle, WA 98101-3045
16     Telephone:  206-622-3150
       Fax:  206-757-7700
17     E-mail:  fredburnside@dwt.com

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING DEFS.' MOT. TO DISMISS (C11-02088 JCC) — 2
DWT 18864150v1 0092420-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700