The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ and JULIO C. FLOREZ, husband and wife; and HERNANDO AMAYA GIL, a single man; all as joint tenants,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, F.S.B.; NORTHWEST TRUSTEE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | No. 11-02088-JCC<br><br>**DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. JOINDER IN DEFENDANTS ONEWEST BANK, F.S.B. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS FILED ON JANUARY 19, 2012**<br><br>**Note on Motion Calendar: February 10, 2012** |

Defendant Northwest Trustee Services, Inc. ("NWTS") hereby joins in Defendants OneWest Bank, F.S.B. ("OneWest") and Mortgage Electronic Registration Systems, Inc. ("MERS"), collectively, ("Moving Defendants") Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (the "Moving Defendants' Motion") filed on January 19, 2012. [Dkt. 11]. Defendant NWTS incorporates the entirety of Moving Defendants' Motion, all exhibits thereto, as if fully set forth herein.

In view of the foregoing, Defendant NWTS respectfully requests its Joinder in the Moving Defendants' Motion be granted and that Plaintiffs' Complaint be dismissed as to Defendant NWTS.

//

///

DEFENDANT NWTS' JOINDER IN DEFENDANTS ONEWEST AND MERS' MOTION TO DISMISS - PAGE 1 OF 3
CASE NO. 2:11-cv-02088-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

DATED this 20th day of January, 2012.

          **ROUTH CRABTREE OLSEN, P.S.**

          /s/  Heidi E. Buck
          Heidi E. Buck, WSBA #41769
          Lance E. Olsen, WSBA #25130
          Of Attorneys for Defendant Northwest
          Trustee Services, Inc.

DEFENDANT NWTS' JOINDER IN
DEFENDANTS ONEWEST AND MERS'
MOTION TO DISMISS - PAGE 2 OF 3
CASE NO. 2:11-cv-02088-JCC

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on January 20, 2012, I caused a copy of **Defendant Northwest Trustee Services, Inc. Joinder in Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss Filed on January 19, 2012** to be served to the following in the manner noted below:

| | |
|---|---|
| Charles M. Greenberg<br>Triad Law Group<br>209 Dayton Street, Suite 105<br>Edmonds, WA  98020<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Fred B. Burnside<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 20th day of January, 2012.

      /s/  Kristine Stephan
      Kristine Stephan, Paralegal

DEFENDANT NWTS' JOINDER IN
DEFENDANTS ONEWEST AND MERS'
MOTION TO DISMISS - PAGE 3 OF 3
CASE NO. 2:11-cv-02088-JCC

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131