1

The Honorable John C. Coughenour

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
10                    AT SEATTLE

11   CLAUDIA M. FLOREZ, and JULIO C.
     FLOREZ, husband and wife; and HERNANDO          No. C11-02088 JCC
12   AMAYA GIL, a single man all as joint tenants,

13                                                   NOTICE OF APPEARANCE
                            Plaintiffs,
14                                                   *Clerk's Action Required*

            v.
15

16   ONEWEST BANK, F.S.B.; NORTHWEST
     TRUSTEE SERVICES, INC.; and MORTGAGE
17   ELECTRONIC REGISTRATIONS SYSTEMS,
     INC.,
18

                            Defendants.
19

20

21         PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for

22   defendants OneWest Bank, F.S.B. and Mortgage Electronic Registrations Systems, Inc. and

23   requests that all future papers or pleadings except original process be served upon its said

24   attorney at the address stated below.

25

26

27

NOTICE OF APPEARANCE                                              Davis Wright Tremaine LLP
(C11-02088 JCC) — 1                                                   LAW OFFICES
DWT 18865061v1 0092420-000003                                  Suite 2200 · 1201 Third Avenue
                                                               Seattle, Washington  98101-3045
                                                               (206) 622-3150 · Fax: (206) 757-7700

1    DATED this 23rd day of January, 2012.

2                                              Davis Wright Tremaine LLP
                                               Attorneys for Defendants
3                                              OneWest Bank, F.S.B. and Mortgage
                                               Electronic Registration Systems, Inc.
4

5                                              By   s/ Rebecca Francis
                                                   Rebecca Francis, WSBA #41196
6                                                  1201 Third Avenue, Suite 2200
                                                   Seattle WA 98101-3045
7                                                  Telephone:  206-622-3150
                                                   Facsimile:   206-757-7700
8                                                  E-mail: rebeccafrancis@dwt.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE
(C11-02088 JCC) — 2
DWT 18865061v1 0092420-000003

1

CERTIFICATE OF ELECTRONIC SERVICE

2

3

 I hereby certify that on January 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

5

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **Charles M. Greenberg**
  triad@triadlawgroup.com
- **Lance E Olsen**
  lolsen@rcflegal.com

6

7

8

 DATED this 23rd day of January, 2012.

9

Davis Wright Tremaine LLP
Attorneys for Defendants
OneWest Bank, F.S.B., and Mortgage
Electronic Registration Systems, Inc.

10

11

12

By    *s/ Rebecca Francis*
      Rebecca Francis, WSBA #41196
      1201 Third Avenue, Suite 2200
      Seattle WA 98101-3045
      Telephone:  206-622-3150
      Facsimile:   206-757-7700
      E-mail: rebeccafrancis@dwt.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE
(C11-02088 JCC) — 3
DWT 18865061v1 0092420-000003