1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ, and JULIO C. FLOREZ, husband and wife and HERNANDO AMAYA GIL, a single man all as joint tenants,<br>Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK, F.S.B., Northwest Trustee Services, Inc., and Mortgage Electronic Registration Systems. Inc.,<br><br>Defendants. | NO. 11-02088-JC<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL REQUEST** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEY OF RECORD.**

Pursuant to the Federal Rules of Evidence 201, plaintiff submits the following Request for Judicial Notice in support of their opposition to defendants' Motion to Dismiss. The following documents are proper for judicial notice as they are publicly recorded documents central to the defenses contained in plaintiff's opposition to defendants' Motion to Dismiss:

Attached as Exhibit "A" is a true and correct copy of the Consent Order executed by MERS and attached as Exhibit "B" is a copy of the Stipulation and Consent to the Issuance of a Consent Order. Attached as Exhibit "C" is a true and correct copy of an Order that was executed

PLAINTIFFS' REQUEST FOR
JUDICIAL REQUEST - 1

TRIAD LAW GROUP
209 Dayton Street, Suite 105
Edmonds, WA 98020
Telephone: (425) 774-0138
Fax: (425) 672-7867

in Western District Court of Washington, Cause no: C09-0149-JCC. Attached as Exhibit "D" is a true and correct copy of an "Order certifying question to the Washington Supreme Court." Attached as Exhibit "E" is a true and correct copy of Attached as Exhibit "F" is a true and correct copy of an "Appointment of Successor Trustee" executed by Brian Burnett of OneWest, F.S.B.

DATED this 6th day of February, 2012.

**TRIAD LAW GROUP**

/s/ Charles Greenberg
Charles M. Greenberg, WSBA 17661
Attorney for Plaintiffs
Triad Law Group
209 Dayton Street, Suite 105
Edmonds, WA 98020
Tel: 425-774-0138
Fax: 425-672-7867
Email: cmg@triadlawgroup.com

PLAINTIFFS' REQUEST FOR
JUDICIAL REQUEST - 2

**TRIAD LAW GROUP**
209 Dayton Street, Suite 105
Edmonds, WA 98020
Telephone: (425) 774-0138
Fax: (425) 672-7867