**EXHIBIT F**

**Electronically Recorded**
**20100819000940**
MTECH                                    AST                   15.00
Page 001 of   002
08/19/2010 03:39
King County, WA

When recorded, mail to:

REGIONAL TRUSTEE SERVICES CORPORATION
616 1st Avenue, Suite 500
Seattle, WA 98104

Trustee's Sale No: 01-FMB-96906

## APPOINTMENT OF SUCCESSOR TRUSTEE

**KNOW ALL MEN BY THESE PRESENTS** that, ███████████, AN UNMARRIED INDIVIDUAL AND ███████████, AN UNMARRIED INDIVIDUAL, AS JOINT TENANTS is the Grantor, and FIRST AMERICAN TITLE INSURANCE CO. is the Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK is the Beneficiary under that certain trust deed dated 4/19/2007, under Auditor's/Recorder's No. 20070423002304, records of KING County, WASHINGTON.

**NOW, THEREFORE,** in view of the premises, ONEWEST BANK, FSB, who is the present beneficiary, hereby appoints REGIONAL TRUSTEE SERVICES CORPORATION, whose address is 616 1st Avenue, Suite 500, Seattle, WA 98104, as Successor Trustee under said trust deed, to have all the powers of said original trustee, effective as of the date of execution of this document.

**IN WITNESS WHEREOF**, the undersigned beneficiary has hereunto set his hand; if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereunto by its duly authorized officers.

1

WA Sub

Trustee's Sale No: 01-FMB-96906

DATED: 6/23/10
Effective date: 6/24/10

ONEWEST BANK, FSB

By _____
Brian Burnett         Assistant Vice President
(Name   Title)

STATE OF __Texas__ )
                   ) ss.
COUNTY OF __Travis__ )

On __6/23/10__, before me, __Sidney Tan__ personally appeared __Brian Burnett__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

WITNESS my hand and official seal.

SIDNEY S. TAN
Notary Public, State of Texas
My Commission Expires
May 27, 2014

NOTARY PUBLIC in and for the State of
Texas     residing at: __Williamson Co.__
My commission expires: __5/27/14__

2

WA Sub