# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA M. FLOREZ and JULIO C. FLOREZ, husband and wife and HERNANDO AMAYA GIL, a single man all as joint tenants,<br><br>                Plaintiffs,<br><br>    v.<br><br>ONEWEST BANK, F.S.B.; NORTHWEST TRUSTEE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C11-2088-JCC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' motion to dismiss (Dkt. No. 11) is GRANTED. Plaintiffs' claims are DISMISSED, and the Clerk is directed to CLOSE this case.

DATED this 3rd day of April 2012.

                                            WILLIAM M. MCCOOL
                                            Clerk

                                            s/Tim Farrell
                                            Deputy Clerk